

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kendric Renell Bracken, Appellant

No. 06-17-00212-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 17-0237X). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Bracken was convicted by the trial court (not the jury). As modified, the judgment of the trial court is affirmed.

We note that the appellant, Kendric Renell Bracken, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 20, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk